1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RALPH ALBERT MARCUS,

11           Petitioner,                    No. CIV S-06-0926 MCE PAN P

12       vs.

13   DARRELL ADAMS, Warden, et al.,

14           Respondents.                   ORDER

15   _____/

16           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma

18   pauperis.

19           Examination of the in forma pauperis affidavit reveals that petitioner is unable to

20   afford the costs of suit.  Accordingly, the request for leave to proceed in forma pauperis will be

21   granted.  See 28 U.S.C. § 1915(a).

22           Since petitioner may be entitled to the requested relief if the claimed violation of

23   constitutional rights is proved, respondents will be directed to file an answer.

24   /////

25   /////

26   /////

1    In accordance with the above, IT IS HEREBY ORDERED that:

2        1.  Petitioner's request to proceed in forma pauperis is granted;

3        2.  Respondents are directed to file an answer within 45 days from the date of this

4    order.  See Rule 4, Rules Governing Section 2254 Cases.  Respondents shall include with the

5    answer any and all transcripts or other documents relevant to the determination of the issues

6    presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

7        3.  Petitioner's reply, if any, is due on or before 30 days from the date respondents'

8    answer is filed;

9        4.  The Clerk of the Court shall serve a copy of this order together with a copy of

10   petitioner's application for writ of habeas corpus on Jo Graves, Senior Assistant Attorney

11   General.

12   DATED: May 11, 2006.

13

14   _____
     UNITED STATES MAGISTRATE JUDGE

15

16   \004
     \marc0926.100
17

18

19

20

21

22

23

24

25

26