IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH ALBERT MARCUS,

    Petitioner,               No. CIV S-06-0926 MCE EFB P

    vs.

DARRELL ADAMS, et al.,

    Respondents.        ORDER

_____/

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On June 15, 2006, petitioner sought leave to file an amended complaint and on July 19, 2006, the court granted the request. On September 21, 2006, petitioner notified the court that since he is being transported between facilities so he can receive medical treatment from the University of California at Davis Medical Center, he cannot now amend his petition and he intends to rely on the original petition.

        Accordingly, it is ORDERED that:

        1. This action shall proceed on plaintiff's April 28, 2006, petition for a writ of habeas corpus;

        2. Respondents shall file and serve a response to petitioner's application within 30 days from the date of this order. *See* Rule 4, Fed. R. Governing § 2254 Cases. An answer

1  shall be accompanied by any and all transcripts or other documents relevant to the determination
2  of the issues presented in the application.  *See* Rule 5, Fed. R. Governing § 2254 Cases.
3           3. Petitioner's reply, if any, shall be filed and served within 30 days of service of
4  an answer;
5           4. If the response to petitioner's application is a motion, petitioner's opposition
6  or statement of non-opposition shall be filed and served within 30 days of service of the motion,
7  and respondents' reply, if any, shall be filed within 15 days thereafter.
8  Dated:  September 29, 2006.

\marc0926.rely on orig pet

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE