IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH ALBERT MARCUS,** | CIV S-06-0926 MCE EFB P |
| Petitioner, | **ORDER** |
| v. | |
| **DARRELL ADAMS, Warden, et al.,** | |
| Respondents. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT respondent's response to petitioner's Petition for Writ of Habeas Corpus be filed within 30 days from the date this order is signed.

Dated: July 2, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order