IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH ALBERT MARCUS,                                No. 2:06-cv-00926-MCE-EFB-P

    Petitioner,

  v.                                                                    ORDER

DARRELL ADAMS, Warden, et al.,

    Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On May 24, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed May 24, 2007, are adopted in full; and

2.  Respondent's November 17, 2006, motion to dismiss claims 11 and 12 for failure to state a cognizable claim is granted.

Dated: July 17, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE