IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH ALBERT MARCUS,

    Petitioner,               No. CIV S-06-0926 MCE EFB P

    vs.

DARRELL ADAMS, Warden, et al.,

    Respondents.         ORDER

                             /

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On August 16, 2007, petitioner requested an extension of time to file and serve a reply. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's August 16, 2007, application is granted and petitioner has 30 days from the date this order is served to file a reply.

DATED: September 4, 2007.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE