PDF created with pdfFactory trial version www.pdffactory.com

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH ALBERT MARCUS, | 2:06-cv-00926-ATG (HC) |
| Petitioner, | CERTIFICATE OF APPEALABILITY |
| vs. | |
| DARRELL ADAMS, | |
| Respondent. | |

Under authority of 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b)(1), the Court hereby certifies that there is cause for an appeal in the above-entitled case. Accordingly, a certificate of appealability is granted for the following issues:

1. Whether the district court erred in determining that Petitioner's due process rights under *Brady v. Maryland*, 373 U.S. 83 (1963), were not violated by the prosecutor's alleged withholding of cassette tapes that Petitioner claims are exculpatory.

2. Whether the district court erred in determining that Petitioner's Sixth Amendment right to assistance of counsel was not violated because his trial counsel's performance did not fall below the standard set forth in *Strickland v. Washington*, 466 U.S. 668 (1984).

///

///

Dated: February 27, 2009

/s/ Alfred T. Goodwin

_____
ALFRED T. GOODWIN.
United States Circuit Judge
Sitting by designation

PDF created with pdfFactory trial version www.pdffactory.com