## OFFICE OF THE FEDERAL DEFENDER
### EASTERN DISTRICT OF CALIFORNIA
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**
(916) 498-5700  Fax: (916) 498-5710

*Daniel J. Broderick*
*Federal Defender*

*LindaHarter*
*Chief Assistant Defender*

August 24, 2009



**FILED**

AUG 24 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Marylou Hillberg
Attorney at Law
P.O. Box 1879
Sebastopol, CA  95473

Re:   **Ralph Marcus v. Adams**
      **CIV.S-06-926 ATG**

Dear Ms. Hillberg:

This will confirm your appointment as counsel by the Honorable Alfred T. Goodwin, U.S. Senior Judge, to represent the above-named petitioner.  You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Sincerely,

Becky Darwazeh
CJA - Legal Secretary

:bd
Enclosures

cc:    Clerk's Office

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 12/03)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED Ralph Marcus | | VOUCHER NUMBER |
|---|---|---|---|

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER CIV-06-0926 ATG | 5. APPEALS DKT./DEF. NUMBER 09-15410 | 6. OTHER DKT. NUMBER |
|---|---|---|---|

| 7. IN CASE/MATTER OF *(Case Name)* Marcus v. Adams et al | 8. PAYMENT CATEGORY ☐ Felony  ☐ Petty Offense ☐ Misdemeanor  ☐ Other ☑ Appeal | 9. TYPE PERSON REPRESENTED ☐ Adult Defendant  ☑ Appellant ☐ Juvenile Defendant  ☐ Appellee ☐ Other | 10. REPRESENTATION TYPE *(See Instructions)* Appeal |
|---|---|---|---|

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

| 12. ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS* Marylou Hillberg P.O. Box 1879 Sebastopol, CA 95473  Telephone Number :  (707) 575-0393 | 13. COURT ORDER ☑ O  Appointing Counsel      ☐ C  Co-Counsel ☐ F  Subs For Federal Defender  ☐ R  Subs For Retained Attorney ☐ P  Subs For Panel Attorney    ☐ Y  Standby Counsel  Prior Attorney's Name: Appointment Dates: ☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR ☐ Other *(See Instructions)* |
|---|---|
| 14. NAME AND MAILING ADDRESS OF LAW FIRM *(Only provide per instructions)* | Signature of Presiding Judge or By Order of the Court 6/30/2009 Date of Order          Nunc Pro Tunc Date Repayment or partial repayment ordered from the person represented for this service at time appointment.   ☐ YES   ☐ NO |

| | CLAIM FOR SERVICES AND EXPENSES | | | FOR COURT USE ONLY | | | |
|---|---|---|---|---|---|---|---|
| | CATEGORIES *(Attach itemization of services with dates)* | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW | |
| 15. | a. Arraignment and/or Plea | | 0.00 | | | | |
| | b. Bail and Detention Hearings | | 0.00 | | | | |
| | c. Motion Hearings | | 0.00 | | | | |
| | d. Trial | | 0.00 | | | | |
| | e. Sentencing Hearings | | 0.00 | | | | |
| | f. Revocation Hearings | | 0.00 | | | | |
| | g. Appeals Court | | 0.00 | | | | |
| | h. Other *(Specify on additional sheets)* | | 0.00 | | | | |
| | (RATE PER HOUR = $ 110.00 )  TOTALS: | 0.00 | 0.00 | | | | |
| 16. | a. Interviews and Conferences | | 0.00 | | | | |
| | b. Obtaining and reviewing records | | 0.00 | | | | |
| | c. Legal research and brief writing | | 0.00 | | | | |
| | d. Travel time | | 0.00 | | | | |
| | e. Investigative and other work *(Specify on additional sheets)* | | | | | | |
| | (RATE PER HOUR = $ 110.00 )  TOTALS: | 0.00 | 0.00 | | | | |
| 17. | Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | | | | | |
| 18. | Other Expenses *(other than expert, transcripts, etc.)* | | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED) | | 0.00 | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM: _____  TO: _____

| 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|

22. CLAIM STATUS     ☐ Final Payment     ☐ Interim Payment Number _____     ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this   ☐ YES   ☐ NO   If yes, were you paid?   ☐ YES   ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this
representation?   ☐ YES   ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____   Date _____

| | | APPROVED FOR PAYMENT — COURT USE ONLY | | | | |
|---|---|---|---|---|---|---|
| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | | 27. TOTAL AMT. APPR./CERT. | |
| 28. SIGNATURE OF THE PRESIDING JUDGE | | | DATE | | 28a. JUDGE CODE | |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | | 33. TOTAL AMT. APPROVED | |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) *Payment approved in excess of the statutory threshold amount.* | | | DATE | | 34a. JUDGE CODE | |

FILED

UNITED STATES COURT OF APPEALS

JUN 25 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RALPH ALBERT MARCUS,

Petitioner - Appellant,

v.

DARRELL ADAMS; et al.,

Respondents - Appellees.

No. 09-15410

D.C. No. 2:06-cv-00926-ATG
Eastern District of California,
Sacramento

ORDER

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's motion for appointment of counsel in this appeal from the denial

of a 28 U.S.C. § 2254 petition for writ of habeas corpus is granted. *See* 18 U.S.C.

§ 3006A(a)(2)(B); *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (per

curiam). Counsel will be appointed by separate order.

The Clerk shall electronically serve this order on the appointing authority for

the Eastern District of California, who will locate appointed counsel. The district

court shall send notification of the name, address, and telephone number of

appointed counsel to the Clerk of this court at

counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

ec/MOATT

Pursuant to Ninth Circuit Rule 22-1(e), appellant's motion to broaden the certificate of appealability is denied without prejudice to raising any uncertified issues in the opening brief. If new counsel identifies uncertified issues that should be raised on appeal, counsel shall include them in the opening brief as permitted by Ninth Circuit Rule 22-1(e).

The Clerk shall strike the pro se opening brief filed on April 29, 2009.

The opening brief and excerpts of record are due August 24, 2009; the answering brief is due September 23, 2009; and the optional reply brief is due within 14 days after service of the answering brief.

ec/MOATT